IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **FELICIA SMITH** | ) | CASE NO. _____ |
| | ) | |
| **Plaintiff,** | ) | JUDGE _____ |
| | ) | |
| v. | ) | |
| | ) | |
| **UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,** *et al.* | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT OF DEFENDANTS UNIVERSITY HOSPITAL HEALTH SYSTEM, INC., HOLLY REILLY, AND WILLIAM LAWRENCE TO REMOVAL

Defendants University Hospital Health System, Inc., Holly Reilly, and William Lawrence consent to the removal of this civil action from the Common Pleas Court of Cuyahoga County, Ohio, to this Court.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

/s Heather M. Lutz
David A. Campbell (0066494)
Heather M. Lutz  (0082237)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
E-mail:  dacampbell @vorys.com
          hmlutz@vorys.com

*Attorneys for Defendant*
*University Hospitals Health System, Inc.*



EXHIBIT C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Consent of Defendants University Hospitals Health System, Inc., Holly Reilly, and William Lawrence to Removal* was served upon counsel for Plaintiff, David J. Kovach, 6480 Rockside Woods Blvd., South, Suite 180, Independence, Ohio 44131 by regular U.S. mail, postage prepaid, this 29th day of July, 2009.

/s Heather M. Lutz
One of the Attorneys for Defendant
University Hospitals Health System, Inc.