IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **FELICIA SMITH** | ) | CASE NO. CV 09 697251 |
| | ) | |
| **Plaintiff,** | ) | JUDGE PETER CORRIGAN |
| | ) | |
| v. | ) | |
| | ) | |
| **UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,** *et al.* | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on July 29, 2009, Defendant University Hospitals Health System, Inc. filed a Notice of Removal in the United States District Court for the Northern District of Ohio, Eastern Division. A copy of the Notice of Removal is attached hereto and is on file with the Clerk of the United States District Court for the Northern District of Ohio, Eastern Division.

    Respectfully submitted,

    VORYS, SATER, SEYMOUR AND PEASE LLP

    /s/ Heather M. Lutz
    David A. Campbell (0066494)
    Heather M. Lutz (0082237)
    2100 One Cleveland Center
    1375 East Ninth Street
    Cleveland, Ohio 44114
    Telephone: (216) 479-6100
    Facsimile: (216) 479-6060
    E-mail: dacampbell@vorys.com
           hmlutz@vorys.com

*Attorneys for Defendant*
*University Hospitals Health System, Inc.*



EXHIBIT D

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice of Filing Notice of Removal* was served upon counsel for Plaintiff, David J. Kovach, 6480 Rockside Woods Blvd., South, Suite 180, Independence, Ohio 44131 by regular U.S. mail, postage prepaid, this 29th day of July, 2009.

                                                 *[signature]*
                                           One of the Attorneys for Defendant
                                           University Hospitals Health System, Inc.